# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE STATE OF FLORIDA, ex. rel.** ) | |
| **Bill McCollum, Attorney General,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| *v.* ) | **Civ. No. 1:07-cv-02326-PLF** |
| ) | |
| **THE UNITED STATES OF AMERICA, et al.,** ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## FEDERAL DEFENDANTS' NOTICE OF FILING
## OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on January 3, 2008, Counsel for Defendants filed with the

Clerk an Opposition to Plaintiffs' motion for preliminary injunction in the form of a combined

motion to dismiss and opposition brief.


January 3, 2008.                          Respectfully submitted,

                                          RONALD J. TENPASS
                                          Assistant Attorney General
                                          Environment & Natural Resources Division


                                   By:    /s/ Jody H. Schwarz
                                          JODY H. SCHWARZ DC Bar #
                                          Trial Attorney
                                          Natural Resources Section
Of Counsel:                               Environment & Natural Resources Division
ANDREW S. CAULUM                          U.S. Department of Justice
Office of the Solicitor                   P.O. Box 663
U.S. Department of the Interior           Washington, D.C. 20004
Wi. Bar No. 1023019                       Telephone: (202) 305-0468
                                          Fax:       (202) 305-0506

EDWARD J. PASSARELLI  VA Bar # 16212
Assistant Chief
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004
Telephone: (202) 305-0468
Fax:        (202) 305-0506


Attorneys for Federal Defendants