# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE STATE OF FLORIDA, ex. rel.<br>Bill McCollum, Attorney General,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 1:07-cv-02326-PLF<br>)<br>)<br>)<br>)<br>) |

## FEDERAL DEFENDANTS' NOTICE OF FILING
## OF OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on January 3, 2008, Counsel for Defendants filed with the Clerk an Opposition to Plaintiffs' motion for preliminary injunction in the form of a combined motion to dismiss and opposition brief.

January 3, 2008.                                             Respectfully submitted,

                                                   RONALD J. TENPASS
                                                   Assistant Attorney General
                                                   Environment & Natural Resources Division

                                       By:  /s/ Jody H. Schwarz
                                                   JODY H. SCHWARZ DC Bar #
                                                   Trial Attorney
                                                   Natural Resources Section

Of Counsel:                             Environment & Natural Resources Division
ANDREW S. CAULUM           U.S. Department of Justice
Office of the Solicitor            P.O. Box 663
U.S. Department of the Interior    Washington, D.C. 20004
Wi. Bar No. 1023019            Telephone: (202) 305-0468
                                         Fax:       (202) 305-0506

EDWARD J. PASSARELLI  VA Bar # 16212
Assistant Chief
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004
Telephone: (202) 305-0468
Fax:          (202) 305-0506


Attorneys for Federal Defendants