## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **THE STATE OF FLORIDA, ex. rel.** | ) |
| **Bill McCollum, Attorney General,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civ. No. 1:07-cv-02326-PLF** |
| | ) |
| **THE UNITED STATES OF AMERICA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

_____)

### FEDERAL DEFENDANTS' MOTION TO DISMISS

For the reasons stated in this motion and the separately filed Memorandum of Points and Authorities in response to Plaintiff's Motion for a Temporary Restraining Order and in Support of Federal Defendants' Motion to Dismiss, Federal Defendants respectfully move this Court to dismiss the complaint for lack of subject matter jurisdiction, failure to state a claim, and the failure to join an indispensable party pursuant to Rules 12(b)(1), (6), and (7) of the Federal Rules of Civil Procedure.

Federal Defendants' memorandum of points and authorities in support of this motion follows below.  A separate proposed order is being filed at the same time.

January 3, 2008.

Respectfully submitted,

RONALD J. TENPASS
Assistant Attorney General
Environment & Natural Resources Division

By:  /s/ Jody H. Schwarz_____
JODY H. SCHWARZ DC Bar #

<u>Of Counsel</u>:
ANDREW S. CAULUM
Office of the Solicitor
U.S. Department of the Interior
Wi. Bar No. 1023019

Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004
Telephone: (202) 305-0468
Fax:        (202) 305-0506

EDWARD J. PASSARELLI  VA Bar # 16212
Assistant Chief
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004
Telephone: (202) 305-0468
Fax:        (202) 305-0506


Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I, Jody H. Schwarz, hereby certify that on this 3rd day of January 2008, I caused a copy of the foregoing **Federal Defendants' Motion to Dismiss** to be served upon the following attorney of record for plaintiff by electronically filing said document with the Clerk of the District Court using its ECF system, which electronically notifies them of the service of said documents and provides them with true and correct copies thereof.

        Jonathan A. Glogau, Esquire
        Chief, Complex Litigation
        Office of the Attorney General of Florida
        PL-01, The Capitol
        Tallahassee, FL 32399-1050
        Telephone: (850) 414-3300, ext. 4817
        Jon.glogau@myfloridalegal.com


        /s/ Jody H. Schwarz_____
        Jody H. Schwarz

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **THE STATE OF FLORIDA, ex. rel.** ) | |
| **Bill McCollum, Attorney General,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civ. No. 1:07-cv-02326-PLF** |
| ) | |
| **THE UNITED STATES OF AMERICA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

---

### <u>ORDER</u>

Upon consideration of Defendants' Motion to Dismiss, and all relevant submissions in this matter and it appearing that good cause exists therefore,

IT IS HEREBY ORDERED that said Motion to Dismiss is granted.


Dated:


_____
UNITED STATES DISTRICT JUDGE