UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE STATE OF FLORIDA, *ex rel.* Bill McCollum, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES, THE UNITED STATES DEPARTMENT OF THE INTERIOR, and DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior,<br><br>Defendants. | FILED<br>JAN - 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 07-2326 (PLF) |

## ORDER

This matter came on for hearing on the motion of the State of Florida, *ex rel.* Bill McCollum, Attorney General, for a temporary restraining order and preliminary injunction. The matter was treated as a motion for preliminary injunction. The Court considered the briefs of the plaintiff and of the defendants, the United States and the United States Department of the Interior, and heard the oral arguments of counsel on an expedited basis. Upon consideration of the foregoing and for the reasons stated in open court, it is hereby

ORDERED that plaintiff's motion for temporary restraining order and preliminary injunction is DENIED.

SO ORDERED.

/s/ PAUL L. FRIEDMAN
United States District Judge

DATE: 1/4/08

5:30 p.m.