IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.  1:07-cv-02326-PLF

THE STATE OF FLORIDA,  *ex rel.*
Bill McCollum, Attorney General

      Plaintiffs,

vs.                                                                                NOTICE OF DISMISSAL

THE UNITED STATES, THE
UNITED STATES DEPARTMENT
OF THE INTERIOR, and  DIRK
KEMPTHORNE, in his official
capacity as Secretary of the United
States Department of the Interior,

      Defendant.

_____/

      PLEASE TAKE NOTICE that pursuant to rule 41(a)(1), Fed R. Civ. P.,

Plaintiff hereby dismisses this action against the United States, the Department of

Interior, and Dirk Kempthorne.

      Respectfully submitted this   23rd   Day of   January , 2008.

                                   BILL McCOLLUM
                                   ATTORNEY GENERAL

                                    S/ *Jonathan A. Glogau*
                                 Jonathan A. Glogau

Chief, Complex Litigation
Fla. Bar No. 371823
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300, ext. 4817
850-414-9650 (fax)
jon.glogau@myfloridalegal.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was served by U.S. mail or e-mail this   23rd   Day of   January  , 2008, on:

RONALD J. TENPASS
JODY H. SCHWARZ
EDWARD J. PASSARELLI
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004

Attorneys for Federal Defendants

    S/ *Jonathan A. Glogau*    
Attorney